

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2020

January 31, 2020

**BY EMAIL**
The Honorable Analisa Torres
United States District Judge, Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Nysheim Spender et al.*, 20 Cr. 78 (AT)

Dear Judge Torres:

The Government writes, with the consent of defense counsel for the seven defendant who have already been arrested in this case and appeared for presentment in Magistrate's Court, to request that the Court (i) schedule an initial pre-trial conference for February 18, 2020, at 3:00 p.m., which the Government understands to be a date and time convenient for the Court and defense counsel, and (ii) exclude time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), between now and February 18, 2020.

Discovery in this case will be very voluminous. The Government has requested that each defense counsel provide a hard drive for the discovery. The Government will also soon be proposing to defense counsel a protective order with respect to the discovery in this case. Accordingly, the Government submits that the ends of justice served by an exclusion of time under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will allow time for defense counsel to procure hard drives and provide them to the Government, for the parties to reach agreement on a protective order for the Court's consideration, for the Government to begin producing discovery, and for the defendants and their counsel to begin reviewing discovery. Defense counsel consent to these requests.

GRANTED. The parties shall appear for an initial pretrial conference on **February 18, 2020**, at **3:00 p.m.** in Courtroom 15D. Additionally, defense counsel shall notify chambers by **February 10, 2020** if interpretation services will be required.

It is further ORDERED that the time until February 18, 2020 is prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow time for defense counsel to procure hard drives and provide them to the Government, for the parties to reach agreement on a protective order, and for defense counsel to begin reviewing discovery.

SO ORDERED.

Dated: January 31, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge