USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/10/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

NYSHIEM SPENCER, LAFONE ELEY, STEFVON ELEY, SHALIK JENKINS, MALIK TUNSTALL, PRICE TUNSTALL, NASIR VINCENT, ALLAN GONZALEZ, JONELL DANFORTH, ELIJAH BURT, and ASHANAE MCLAUGHLIN,

                         Defendants.

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that defense counsel seeking a modification of bail conditions shall file a letter application, setting forth reasons and authorities, by **February 12, 2020**. The Government shall respond by letter by **February 14, 2020**.

    SO ORDERED.

Dated: February 10, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge