USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_3/4/2020\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER,

        Defendant.

20 Cr. 78-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  It is hereby ORDERED that Defendant Spencer and his counsel, Karloff C. Commissiong, shall appear for a substitution of counsel hearing on **March 17, 2020**, at **2:30 p.m.** The Government need not attend.

  SO ORDERED.

Dated: March 4, 2020
   New York, New York

                _____
                ANALISA TORRES
               United States District Judge