USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_3/16/2020\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER and LAFONE ELEY,

Defendants.

20 Cr. 78-1, -2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the substitution of counsel hearings for Nyshiem Spencer and Lafone Eley, set for March 17 and March 19, 2020, respectively, are ADJOURNED *sine die*.

SO ORDERED.

Dated: March 16, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge