USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER,

Defendant.

20 Cr. 78-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court having been notified of the parties' consent to an appearance by telephone and the parties' position that, pursuant to the U.S. Constitution and the Federal Rule of Criminal Procedure, Defendant Spencer's presence is not required at a substitution of counsel conference, ECF No. 74, it is hereby ORDERED that a substitution of counsel hearing shall be held telephonically on **March 31, 2020**, at **2:00 p.m.** The Government need not appear.

The call-in information is as follows: 888-398-2342 or 215-861-0674, access code: 5598827.

SO ORDERED.

Dated: March 27, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge