```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

            -against-

NYSHIEM SPENCER, et al.,

                              Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/18/2020____

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The next status conference in this case is set for June 2, 2020. *See* 2/18/2020 Minute Entry. By **May 22, 2020**, the parties shall submit a <u>joint</u> letter to the Court indicating their views on (1) whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any other relevant law, conduct the matter by **telephone**, and (2) whether each Defendant either consents to appearing in that manner or waives his or her appearance altogether.

    SO ORDERED.

Dated: May 18, 2020
       New York, New York

                                  ANALISA TORRES
                             United States District Judge