```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

NYSHIEM SPENCER et al.,

      Defendants.

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      It is hereby ORDERED that the status conference scheduled for August 4, 2020 is ADJOURNED *sine die*.

      Additionally, Defense counsel's request, ECF No. 132, is DENIED. The Court would also strongly prefer one videoconference where all Defendants can be present at the same time, but despite the Court's best efforts, that is not possible in light of various restrictions at MCC and MDC. As a result of these restrictions, the Court must hold three telephonic status conferences, at a date and at times to be specified by further Court order.

      The Clerk of Court is directed to terminate the motion at ECF No. 132.

      SO ORDERED.

Dated: July 30, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge