USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER et al.,

                Defendants.

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the Court will hold three status conferences in this action on **August 17, 2020**, at **9:00 a.m**., **10:30 a.m**., and **12:00 p.m**., using the Court's teleconferencing system.

    Chambers will provide the parties with instructions on how and when to appear via telephone. All others, including co-counsel, members of the press, and the public, may access the audio of the conference by calling (888) 398-2342 at the times of the hearings, and entering conference ID number 5598827.

    SO ORDERED.

Dated: August 13, 2020
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge