```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER, *et al.*,

                Defendant.

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    A status conference is scheduled in this matter for **February 10, 2021**, at **9:00 a.m**. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 4 (S.D.N.Y. Dec. 18, 2020) (finding that the COVID-19 pandemic "make[s] it increasingly necessary for judges in this District to conduct proceedings remotely, by videoconference or other means . . . ."). Chambers will provide the parties with instructions on how to appear via telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (917) 933-2166 at the time of the hearing, and entering access code 689358770.

    Because Defendant Lafone Eley has been transported to a new facility in advance of the scheduled hearing, the status conference as to Defendant Lafone Eley is ADJOURNED *sine die*. The time between February 10, 2021, and February 22, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant Lafone Eley in a speedy trial in that this will allow the Court to schedule a remote proceeding in light of his recent transfer and the ongoing public health crisis caused by COVID-19.

    SO ORDERED.

Dated: February 8, 2021
       New York, New York

ANALISA TORRES
United States District Judge