UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER, *et al.*,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2021

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' joint letter dated March 3, 2021, concerning the proposed groupings of defendants for trial in this matter. ECF No. 186. The Court adopts the Government's proposed groupings at this time, subject to any changes to the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, and subject to any severance motions filed pursuant to Federal Rule of Criminal Procedure 14. Thus, Defendants will be grouped for trial as follows:

| **Group One** | **Group Two** | **Group Three** | **Group Four** |
| --- | --- | --- | --- |
| Nyshiem Spencer | Jonell Danforth | Allan Gonzalez | Elijah Burt |
| Shalik Jenkins | Nasir Vincent | Price Tunstall | Ashanae McLaughlin |
| Stefvon Eley | Lafone Eley | Malik Tunstall | |

      Accordingly, the Court will seek to schedule a jury trial on May 2, 2022, for Group One.

      SO ORDERED.

Dated: March 10, 2021
       New York, New York

                                                      ANALISA TORRES
                                                    United States District Judge