USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/17/2021_

# JAMES E. NEUMAN, P.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

November 16, 2021

BY ECF
Hon. Analisa Torres
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v Spencer, et al,* 20 Cr. 78 (AT)

Your Honor:

    I represent Shalik Jenkins in the referenced case and write on behalf of the attorneys representing Nyshiem Spencer, Allan Gonzalez, Ashanae McLaughlin, and Stefvon Eley. Motions for Mr. Jenkins and these defendants are currently due on November 19, 2021. We ask that the motion deadline for all of these defendants be postponed to December 20, 2021. The reason for this request is so that the parties have additional time to discuss potential resolutions of this case.

    The government consents to this application.

    GRANTED. By **December 20, 2021**, Defendants shall file their motions. By **January 10, 2022**, the Government shall file their response. By **January 24, 2022**, Defendants shall file their replies, if any. No further extensions shall be granted absent a showing of good cause.

    SO ORDERED.

Dated: November 17, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge