```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/3/2022  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER, et al.,

Defendants.

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court shall hold a status conference in this matter for Defendants Stefvon Eley and Nyshiem Spencer on **June 14, 2022**, at **2:00 p.m.**  The conference shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

  https://www.nysd.uscourts.gov/covid-19-coronavirus.

  All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

  SO ORDERED.

Dated: June 3, 2022
   New York, New York

_____
ANALISA TORRES
United States District Judge