UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER, et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _6/9/2022_

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference in this matter for Defendants Nyshiem Spencer and Stefvon Eley scheduled for June 14, 2022, is ADJOURNED to **July 6, 2022,** at **2:00 p.m.** The conference shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

      https://www.nysd.uscourts.gov/covid-19-coronavirus.

      All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

      SO ORDERED.

Dated: June 9, 2022
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge