```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2022
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
                                     :
UNITED STATES OF AMERICA             :
                                     :
     - v. -                          :         ORDER:
                                     :
NYSHIEM SPENCER,                     :
     a/k/a "Willy,"                  :
                                             S3 20 Cr. 78 (AT)
               Defendant.            :
                                     :
-------------------------------------x
```

WHEREAS, with the defendant's consent, his guilty plea allocution to Count One of the S3 20 Cr. 78 (AT) superseding information, charging the defendant with using and carrying a firearm in furtherance of a murder and assault with a dangerous weapon in aid of racketeering, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii), and 2, was made before United States Magistrate Jennifer E. Willis on August 30, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript and additional facts proffered by the Government in a letter dated September 1, 2022, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea to Count One of the S3 20 Cr. 78 (AT) superseding information is accepted.

SO ORDERED:

Dated: September 9, 2022
New York, New York

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK