UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

NYSHIEM SPENCER,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/9/2022_

20 Cr. 78-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a hearing for sentencing in this matter on **March 7, 2023**, at **11:00 a.m.** The hearing shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **February 21, 2023**, Defendant shall file his sentencing submissions. By **February 28, 2023**, the Government shall file its sentencing memorandum.

    SO ORDERED.

Dated: September 9, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge