**SABRINA P. SHROFF**
ATTORNEY AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/19/2023__

April 9, 2023

**BY CM/ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
Patrick D. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Nyshiem Spencer et al.*, 20 Cr. 78 (AT)

Dear Judge Torres:

On March 19, 2023, Mr. Spencer was assaulted, and both sides of his face slashed at the Metropolitan Detention Center. Mr. Spencer was sitting in Unit 71 watching television when two individuals – one from each side approached him, cut his face with make-shift knives. They told him they knew he was a "snitch" as they had read his plea minutes. They slashed both side of his face -- the cuts were deep, and his face bled profusely.

Upon his discharge from ▮▮▮▮▮▮▮▮ and his return to the Metropolitan Detention Center Mr. Spencer was placed in the Segregated Housing Unit. He requested a legal call – several times. He received none. Counsel was unaware of this occurrence until April 5, 2023, when we received a call from the MDC informing us of the above. Because I was travelling for work, I was unable to visit with Mr. Spencer until today, April 9, 2023.

Mr. Spencer informs he was assaulted and cut on both sides of his faces because two individuals in Unit 71 believed – incorrectly -- that he is cooperating with the United States Attorney's Office. During the assault, he was told that he was being punished for being a "snitch". He needed to be taught a lesson, he was told. Mr. Spencer fought back to protect himself and he was then badly beaten by the other two individuals. All three – the two attacker and Mr. Spencer are now in the Segregated Housing Unit.

Officers in the MDC are aware of the brutalness of the attack; an officer who escorted me to the Unit today, described Mr. Spencer's injury as "his face was blown up" – making a gesture to show that Mr. Spencer's face was extremely swollen.

We have sought the government's assistance on several matters including getting Mr. Spencer seen by the Department of Psychology, getting to us Mr. Spencer's medical records (including photos of the injury), and an expedited incident report that the BOP is required to generate.

Analisa Torres  
United States Pretrial Services Officers  
Judge, Southern District of New York

April 9, 2023  
Page 2

Re: <u>United States v. Nyshiem Spencer</u>  
20 Cr. 78 (AT)

An order from the Court will allow us to get matter resolved more expeditiously.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

| Mari Byrne & Luca Marzorati<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000 | Sabrina P. Shroff<br>80 Broad Street, 19th Floor<br>New York, New York 10004<br>Telephone: (646) 763-1490<br>sabrinashroff@gmail.com |
|---|---|

SO ORDERED.

Dated: April 19, 2023  
      New York, New York

ANALISA TORRES  
United States District Judge