```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/5/2023_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER,

                Defendant.

20 Cr. 78-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated May 31, 2023. ECF No. 430. By **June 7, 2023**, the Government shall respond to Defendant's letter.

    SO ORDERED.

Dated: June 5, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge