```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

NYSHIEM SPENCER,

                    Defendant.

20 Cr. 78-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated May 31 and June 6, 2023.  ECF Nos. 430, 432.  Defendant's request is DENIED as moot.

    SO ORDERED.

Dated: June 6, 2023
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge