USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2023

**SABRINA P. SHROFF**
ATTORNEY AT LAW

July 28, 2023

Honorable Analisa Torres
United States District Judge
Southern District of New York
Patrick D. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Nyshiem Spencer et al.*, **20 Cr. 78 (AT)**

Dear Judge Torres:

I write to request a copy of the video tape maintained by the Bureau of Prison which reflects the assault that occurred on Mr. Spencer on March 19, 2023 while he was detained at the Metropolitan Detention Center in Brooklyn.

We are informed by one of the Assistant United States Attorney on the case that the United States Attorney's Office does not have a copy of the video reflecting the assault. We are further informed by the AUSA, that the defense may request a copy from the MDC, but that a court order is required before BOP will release such a copy to us.

We ask the Court to so order this letter request as that will allow for the BOP to provide us with the relevant videotapes.

We thank the Court for its time and consideration.

GRANTED.

SO ORDERED.

Dated: July 31, 2023
       New York, New York

ANALISA TORRES
United States District Judge