```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/17/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

NYSHIEM SPENCER,

        Defendant.

---

No. 20 Cr. 78 (AT)

IT IS HEREBY ORDERED that:

The United States Marshal Service is hereby directed to bring Defendant Nyshiem Spencer to the United States Courthouse, located at 500 Pearl Street, New York, NY, 10007 for the purpose of facilitating a meeting, which will be recorded, with his mitigation expert, Katherine Carter. Mr. Spencer shall be placed in a room where Mr. Spencer can be recorded for at least two hours, without any barriers between himself and Ms. Carter. The date and time of this meeting is to be coordinated with defense counsel and the United States Marshal Service within one week of the date of this order, and shall take place before December 8, 2023.

Katherine Carter will be allowed to enter the United States Courthouse with the computer and video equipment necessary to record Mr. Spencer. This includes:

1. One backpack that includes:

    a. One DSLR Camera

    b. One small pouch that includes two small lavalier microphones, one small receiver microphone, and one audio aux cable

    c. Two small light panels

    d. Two batteries for camera

    e. Two SD cards

      f.   One pair of headphones

2. One shoulder bag that includes:

      a.   One camera tripod

      b.   Two light panel tripods

3. One MacBook Air computer and Velcro computer case

SO ORDERED.

Dated: November 17, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge