```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2024
```

January 30, 2024

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Spencer*, 20 Cr. 78 (AT)

Dear Judge Torres:

In accordance with this District's ECF Rules and Instructions, I respectfully submit this letter on behalf of Defendant Nyshiem Spencer seeking approval of proposed redactions to Mr. Spencer's sentencing memorandum and accompanying exhibits.

In accordance with the Court's ECF Rules, a redacted version has been filed publicly through ECF and related to this letter, while a complete version of the filing containing highlighted proposed redactions has been submitted to the Court and the Government via email. The proposed redactions consist of sensitive information related to Mr. Spencer's medical records, treatment, and diagnosis as well as personal information about him and his family members.

All of the proposed redactions fall into categories which are either subject to automatic redaction pursuant to Fed. R. Crim. P. 49.1 or the Court's instructions in ECF Rule 21.4 and Section IV.A of the Court's Individual Rules of Practice in Civil Cases.

Respectfully submitted,

/s/ Mari Grace                                                    /s/ Sabrina P. Shroff

Mari Grace                                                        Sabrina P. Shroff
Luca Marzorati                                                    80 Broad Street, 19th Floor
Davis Polk & Wardwell LLP                                         New York, New York 10004
450 Lexington Avenue                                              Telephone: (646) 763-1490
New York, New York 10017                                          sabrinashroff@gmail.com
Telephone: (212) 450-4000
mari.grace@davispolk.com
luca.marzorati@davispolk.com

GRANTED.

SO ORDERED.

Dated: January 31, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge