UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2024
```

20 Cr. 78-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing previously scheduled for February 13, 2024, is ADJOURNED to **February 20, 2024**, at **1:00 p.m.**

      SO ORDERED.

Dated: February 13, 2024
       New York, New York

ANALISA TORRES
United States District Judge